UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-30189 |
|---|---|
| DION L. SHUMAKER | (Chapter 13) |
| ANN K. SHUMAKER | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4067227**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/ 16 | NEXTCARD MASTER TRUST<br>CARDMEMBER SERVICES<br>157 TECHNOLOGY PKWY STE 900<br>NORCROSS, GA  30092 | 161.33 |
| 7/ 17 | NEXTCARD MASTER TRUST<br>CARDMEMBER SERVICES<br>157 TECHNOLOGY PKWY STE 900<br>NORCROSS, GA  30092 | 129.78 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/31/2011

Certificate of Service 08-30189

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DION L. SHUMAKER
ANN K. SHUMAKER
118 SAMPLE
WEST ALEXANDRIA, OH  45381

KRISTIN RADWANICK
3131 S DIXIE DR
STE 400A
MORAINE, OH  45439

(24.1n)
BENEFICIAL OHIO INC
961 WEIGEL DR
ELMHURST, IL  60126

(16.1)
NEXTCARD MASTER TRUST
CARDMEMBER SERVICES
157 TECHNOLOGY PKWY STE 900
NORCROSS, GA  30092

(26.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____        sv